➧AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:06CR50051-001 |
| Montrey D. King ) | USM No: 07784-010 |
| Date of Previous Judgment:  04/13/2007 ) | James B. Pierce |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  188 months  months **is reduced to**  151 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 2 5 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Except as provided above, all provisions of the judgment dated  04/13/2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 25, 2008

Effective Date: _____
(if different from order date)

_____
Judge's signature

Jimm Larry Hendren, Chief U.S. District Judge
Printed name and title